# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES O'CONNOR,<br>　　　　Petitioner,<br><br>　　　v.<br><br>TABB BICKELL; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 12-6184 |

**FILED MAY 23 2013 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk**

## ORDER

**AND NOW,** this 22nd day of May, 2013, upon consideration of the *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by petitioner, James O'Connor, and the record in this case, and the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart dated April 2, 2013, no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated April 2, 2013 is **APPROVED** and **ADOPTED**; and,

2. The *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by James O'Connor is **DISMISSED** as untimely filed.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate this Court's ruling as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.